7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Linda Harris Fisher
*Debtor*

*Bankruptcy Case No.*
12–61957–abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
13–06001–abf

v.

**Stephen L. Harris**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Plaintiff, J Kevin Checkett, Granting the Trustee authority to sell the property described in the Judgment For Partition and Sale of Real Estate(Doc. No. 9), entered by the Court on 3/19/2013, free and clear of any co–ownership of the debtor or defendant and from any claims or security interest. IT IS FURTHER ORDERED, the Trustee is authorized to sell the property consisting of both the estate's interest and that of the co–owner defendant free and clear of any liens claims or other security interest at public or private sale at the discretion of the Trustee upon further notice and order of this court; IT IS FURTHER ORDERED, the Trustee is authorized to complete the sale of the partitioned property pursuant to Section 363(h).

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 3/19/13

Court to serve